UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELIZABETH WALSH, )<br>      Plaintiff, )<br> )<br>v. )<br> )<br>WYETH, INC., WYETH PHARMACEUTICALS, )<br>INC., PFIZER, INC., GREENSTONE, LTD., and )<br>PHARMACIA & UPJOHN COMPANY, )<br>      Defendants. )<br> ) | Civ. A. No. 05-11438-JLT |

## NOTICE OF APPEARANCE OF JOHN J. BUTTS

Please enter the appearance of John J. Butts, Esq. of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for the Wyeth, mistakenly identified in the complaint as Wyeth, Inc., and Wyeth Pharmaceuticals, Inc.

                 Respectfully submitted,

                 WYETH and WYETH
                 PHARMACEUTICALS, INC.

                 By their attorneys:

                 /s/ John J. Butts
                 Robert M. Mahoney (BBO No. 315040)
                 John J. Butts (BBO No. 643201)
                 Wilmer Cutler Pickering Hale and Dorr LLP
                 60 State Street
                 Boston, MA 02109
                 (617) 526-6000
                 john.butts@wilmerhale.com

Dated: December 23, 2005

**CERTIFICATE OF SERVICE**

I, John J. Butts, do hereby certify that a true copy of the above document was served upon all counsel of record by electronic service on this 23rd day of December, 2005.

/s/ John J. Butts
John J. Butts

US1DOCS 5444794v1