UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ELIZABETH WALSH, | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civ. A. No. 05-11438-JLT |
|  | ) |
| WYETH, INC., WYETH PHARMACEUTICALS, | ) |
| INC., PFIZER, INC., GREENSTONE, LTD., and | ) |
| PHARMACIA & UPJOHN COMPANY, | ) |
| Defendants. | ) |
|  | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of the District of Massachusetts, defendants Wyeth, who plaintiffs incorrectly identified as Wyeth, Inc. in the complaint, and Wyeth Pharmaceuticals Inc. respectfully submit this Corporate Disclosure Statement. Wyeth does not have a parent corporation. No publicly held corporation owns ten percent (10%) or more of Wyeth's stock. Wyeth Pharmaceuticals Inc. is an indirectly held, wholly owned subsidiary of Wyeth. One hundred percent (100%) of the stock of Wyeth Pharmaceuticals Inc. is indirectly owned by Wyeth.

WYETH and WYETH
PHARMACEUTICALS, INC.

By their attorneys:

/s/ John J. Butts_____  _
Robert M. Mahoney (BBO No. 315040)
John J. Butts (BBO No. 643201)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000
john.butts@wilmerhale.com

Dated:  December 23, 2005

US1DOCS 5443634v1

**CERTIFICATE OF SERVICE**

I, John J. Butts, do hereby certify that a true copy of the above document was served upon all counsel of record by electronic service on this 23rd day of December, 2005.

/s/  John J. Butts
John J. Butts