# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### OFFICE OF THE CLERK
### 600 WEST CAPITOL AVENUE
### SUITE 402
### LITTLE ROCK, ARKANSAS 72201-3325

**JAMES W. McCORMACK**　　　　　　　　　　　　　　　　　　　　　　　　(501)604-5351
**CLERK**

January 9, 2006

Sarah Allison Thornton
U. S. District Court Clerk
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210-3002

　　　　　Re:　　MDL No. 1507 - In re Prempro Products Liability Litigation
　　　　　　　　E.D. AR Master Case Number 4:03CV01507 WRW
　　　　　　　　Barbara Galante, et al v. Wyeth, Inc., et al - Your Case No. 1:05-11377
　　　　　　　　Mary Lee, et al v. Wyeth, Inc., et al - Your Case No. 1:05-11436
　　　　　　　　Eleanor T. Guarino, et al v. Wyeth, Inc., et al - Your Case No. 1:05-11437
　　　　　　　　Elizabeth Walsh v. Wyeth, Inc., et al - Your Case No. 1:05-11438
　　　　　　　　Rochelle A. Bennett v. Wyeth, Inc., et al - Your Case No. 1:05-11439
　　　　　　　　Estelle Hayman v. Wyeth, Inc., et al - Your Case No. 1:05-11441
　　　　　　　　Sophia Higginbottom v. Wyeth, Inc., et al - Your Case No. 1:05-11447

Dear Ms. Thornton:

　　　　A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. § 1407 was received and filed in this district on January 4, 2006. Enclosed are certified copies of that order directing the transfer of your civil cases to the Eastern District of Arkansas. They are assigned to the docket of Hon. William R. Wilson, Jr., for coordinated or consolidated pretrial proceedings. Please reference the case number assigned to this court in all correspondence or communications.

　　　　The original pleadings (e.g., original complaint, counterclaim, cross-complaint or third-party complaint, and answer or responsive pleading) and certified copy of the docket entries in the cases listed above should be forwarded immediately to: Clerk, U.S. District Court, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Room 402, Little Rock, Arkansas 72201-3325. (See *Guide to Judiciary Policies and Procedures*, Volume 4, Chapter 7 § 7.07.) Due to the high volume of cases involved in this litigation, please provide paper copies of the above documents instead of simply referring to your website. Communications regarding these actions should be directed to Ms. Mary Johnson at (501) 604-5144 or Dennis J. Wysocki at (501) 604-5305. If you have any questions, please do not hesitate to call.

　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　　　　　　　JAMES W. McCORMACK, CLERK

JWMc/rm
Enclosures
cc:　　Hon. William R. Wilson, Jr.



FILED
U.S. DISTRICT COURT    JUDICIAL PANEL ON
EASTERN DISTRICT ARKANSAS  MULTIDISTRICT LITIGATION

JAN 0 4 2006    DEC 12 2005

JAMES W. McCORMACK, CLERK  FILED
By_____  CLERK'S OFFICE
DEP CLERK

DOCKET NO. 1507

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL TRANSFER ORDER (CTO-58)**

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,568 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By_____ D.C.

962

# SCHEDULE CTO-58 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **FLORIDA MIDDLE** | |
| FLM 6 05-1592 | Joy Hinkle v. Wyeth, et al. |
| FLM 8 05-1961 | Virginia Gorski v. Wyeth, Inc., et al. |
| FLM 8 05-2018 | Judy Seay v. Wyeth, Inc., et al. |
| FLM 8 05-2036 | Karen McMichael v. Wyeth Inc., et al. |
| FLM 8 05-2043 | Marguerite Gibson v. Wyeth, Inc., et al. |
| **FLORIDA NORTHERN** | |
| FLN 3 05-394 | Anne Roffman, et al. v. Wyeth, et al. |
| **FLORIDA SOUTHERN** | |
| FLS 2 05-14296 | Rose DeTorre, et al. v. Wyeth, et al. |
| FLS 9 05-80903 | Marlene Magness, et al. v. Wyeth, et al. |
| **LOUISIANA WESTERN** | |
| LAW 5 05-1347 | Hilda Ruth Beahm v. Wyeth, et al. |
| LAW 6 05-1857 | Margarite Hebert v. Wyeth Laboratories, Inc., et al. |
| **MASSACHUSETTS** | |
| MA 1 05-11377 | Barbara Galante, et al. v. Wyeth, Inc., et al. |
| MA 1 05-11436 | Mary Lee, et al. v. Wyeth, Inc., et al. |
| MA 1 05-11437 | Eleanor T. Guarino, et al. v. Wyeth, Inc., et al. |
| MA 1 05-11438 | Elizabeth Walsh v. Wyeth, Inc., et al. |
| MA 1 05-11439 | Rochelle A. Bennett v. Wyeth, Inc., et al. |
| MA 1 05-11441 | Estelle Hayman v. Wyeth, Inc., et al. |
| MA 1 05-11447 | Sophia Higginbottom v. Wyeth, Inc., et al. |
| **MARYLAND** | |
| MD 1 05-1851 | Carole Mall, et al. v. Wyeth, et al. |
| MD 8 05-2938 | Mary E. Waddell, et al. v. Wyeth, Inc., et al. |
| **MAINE** | |
| ME 2 05-164 | Beth Cassel-Tableman v. Wyeth, et al. |
| ME 2 05-165 | Toni Rees v. Wyeth, et al. |
| **MINNESOTA** | |
| MN 0 05-2430 | Marta Maria Parkes v. Wyeth, et al. |
| MN 0 05-2480 | Barbara Thornell v. Pharmacia & Upjohn Co., LLC, et al. |
| MN 0 05-2521 | Nicole J. Barnett v. Wyeth, et al. |
| MN 0 05-2529 | Patti H. Giambrone v. Wyeth, et al. |
| **MISSOURI EASTERN** | |
| MOE 4 05-1371 | Cecilia P. Conza v. Wyeth, Inc., et al. |
| MOE 4 05-2018 | Mary Schroeder, et al. v. Wyeth, et al. |
| MOE 4 05-2019 | Jonette Smith, et al. v. Wyeth, et al. |

SCHEDULE CTO-58 - TAG-ALONG ACTIONS     MDL-1507                              PAGE 2 OF 2

**DIST. DIV. C.A. #**              **CASE CAPTION**

MISSISSIPPI NORTHERN
  MSN  1  05-72              Delores Arnold, et al. v. Wyeth, et al.
  MSN  1  05-76              Martha Heleniak, et al. v. Wyeth, et al.
  MSN  4  05-67              Barbara Watson, et al. v. Wyeth, et al.
  MSN  4  05-159             Ethel Lee Murphy, et al. v. Wyeth, et al.
  MSN  4  05-160             Willie Olive, et al. v. Abbott Laboratories, et al.
  MSN  4  05-248             Claudia Stewart v. Wyeth, et al.

NEVADA
  ~~NV   3  05-585~~             ~~Lorraine Van Brocklin, et al. v. Wyeth, et al.~~  Vacated 12/27/05

PENNSYLVANIA EASTERN
  PAE  2  05-5525            Laura L. Jackson v. Wyeth, et al.
  PAE  2  05-5527            Betty Harrison v. Wyeth, et al.
  PAE  2  05-5528            Phyllis L. Morris, et al. v. Wyeth, et al.
  PAE  2  05-5529            Annie Sawyer v. Wyeth, et al.
  PAE  2  05-5532            Margaret A. Gray v. Wyeth, et al.
  PAE  2  05-5533            Teresa R. Cassady, et al. v. Wyeth, et al.
  PAE  2  05-5536            Mildred Key, et al. v. Wyeth, et al.
  PAE  2  05-5537            Mariel J. Evans, et al. v. Wyeth, et al.
  PAE  2  05-5540            Charlotte Lewis, et al. v. Wyeth, et al.

PUERTO RICO
  PR  3  05-1822             Emma Serpa-Torres, et al. v. Wyeth

SOUTH DAKOTA
  SD  4  05-4103             Martha Flamming Grimme, et al. v. Wyeth, Inc., et al.

TEXAS EASTERN
  TXE  1  05-727             Kathleen Yauch v. Wyeth, et al.

TEXAS NORTHERN
  TXN  7  05-148             Patty Tannahill v. Wyeth, Inc., et al.

VERMONT
  VT  2  05-234              Carolyn Volpini v. Wyeth, et al.
  VT  2  05-235              Ellen H. Sussman v. Wyeth, et al.
  VT  2  05-236              Ruthanne Eldred v. Wyeth, et al.

WISCONSIN WESTERN
  WIW  3  05-614             Lynn J. Cantwell v. Wyeth, Inc., et al.

Case 1:05-cv-11438-JLT     Document 9-2     Filed 02/09/2006     Page 1 of 1

 

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

| TO: | RE: |
|---|---|
| US District Court, Arkansas | CIVIL ACTION #. 05-cv-11438 JLT |
| 600 West Capitol Avenue, Suite 402 | CRIMINAL #. |
| Little Rock, AR 72201-3325 | |

Dear Clerk:

    Pursuant to your letter dated January 9, 2006, this case is being transferred to your court per order of the MDL panel.

    The following documents are included in our file and transmitted herewith:

    ( X )    Certified copy of the docket entries;

    (   )    Certified copy of the transferral order;

    ( X )    Original documents numbered  1

    (   )

Kindly acknowledge receipt of the above on the copy of this letter.

    Respectfully,

    SARAH A. THORNTON
    CLERK OF COURT

Date:  02/09/2006        By: /s/ Kimberly M. Abaid
                                   Deputy Clerk

cc:    Counsel, File

---

    The documents listed above were received by me on _____ and assigned the following case number: _____.

                                              By: _____
                                                  Deputy Clerk

(Transfer Cover Letter.wpd - 3/7/2005)