**FILED**
EASTERN DISTRICT ARKANSAS
U.S. DISTRICT COURT

**RECEIVED**
FEB 17
JAMES W. McCORMACK, CLERK
By: **MAIL ROOM**
FEB 17 2006
DEP CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9152

This ~~assigned~~ to District Judge _Wilson_

and to Magistrate Judge _Jones_

and to ~~~~

_4:06-CV- 00247_

U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

TO:

US District Court, Arkansas

600 West Capitol Avenue, Suite 402

Little Rock, AR 72201-3325

RE:

CIVIL ACTION #. _05-cv-11438 JLT_

CRIMINAL #. _____

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 17 2006

JAMES W. McCORMACK, CL
By: _____
DEP C

Dear Clerk:

Pursuant to your letter dated January 9, 2006, this case is being transferred to your court per order of the MDL panel.

The following documents are included in our file and transmitted herewith:

( X )    Certified copy of the docket entries;

(   )    Certified copy of the transferral order;

( X )    Original documents numbered __1_____

(   )    _____

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

SARAH A. THORNTON
CLERK OF COURT

Date:   02/09/2006_____

By: /s/ Kimberly M. Abaid_____
Deputy Clerk

cc:    Counsel, File

_____

The documents listed above were received by me on ___2/17/06_____ and assigned the

following case number: _4:06- CV - 00247_.

By: _____
Deputy Clerk

(Transfer Cover Letter.wpd - 3/7/2005)